# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENNETH R. MORGAN

NO. 2024 KW 0819

**NOVEMBER 4, 2024**

---

In Re:   Kenneth R. Morgan, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 1545-07.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.** The district court did not abuse its discretion by denying relator's untimely and successive application for postconviction relief without holding an evidentiary hearing. See La. Code Crim. P. arts. 929(A) & 930.8(A).

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT